AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>FELDMAN, MARTIN L.C. | **2. Court or Organization**<br><br>EASTERN DISTRICT OF LOUISIANA | **3. Date of Report**<br><br>08/18/2019 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active U S DISTRICT JUDGE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>500 POYDRAS STREET, Rm. 555<br>NEW ORLEANS, LA 70130-3313 | | |

> *IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,
> checking the NONE box for each part where you have no reportable information.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/18/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/06/2018 | Rollover IRA Distribution | $1,050.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FELDMAN, MARTIN L.C.** | 08/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 2. FHLMC CMO SER 1505-CL Q | A | Interest | J | T | | | | | |
| 3. NexPoint Strategic Opportunities Fd. | A | Dividend | J | T | | | | | |
| 4. Equity Commonweath Com. Sh Ben.Int. | A | Int./Div. | K | T | | | | | |
| 5. GNMA #1924 JUMBO | A | Interest | J | T | | | | | |
| 6. Virtus Total Return Fd | A | Dividend | J | T | | | | | |
| 7. FNMA CMO SER 1992-195 | A | Interest | J | T | | | | | |
| 8. AB International Value Fd. Cl C #0436 | A | Dividend | J | T | | | | | |
| 9. Citigroup | A | Dividend | | | Sold | 01/08/18 | K | A | |
| 10. GNMA #2005-5 ea | A | Interest | J | T | | | | | |
| 11. Blackrock FLTG Rate Inc. Strategies Fd II | A | Dividend | J | T | | | | | |
| 12. Blackrock Ltd Duration Income Trust | B | Dividend | K | T | | | | | |
| 13. Archer, Ltd | A | Dividend | J | T | | | | | |
| 14. Bank of America | A | Dividend | | | Sold | 02/22/18 | J | A | |
| 15. RAIT Financial Trust - 0403 | A | Int./Div. | J | T | Sold (part) | 08/17/18 | J | A | |
| 16. Chase Bank | A | Interest | K | T | | | | | |
| 17. Eaton Vance Ltd. Duration Income Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FNMA1993-82H, 0403 | A | Interest | J | T | | | | | |
| 19. Proshares Ultra Financials-IRA | A | Distribution | J | T | | | | | |
| 20. Energy Transfer Partners IRA | A | Distribution | | | Sold | 08/06/18 | J | B | |
| 21. Blackrock Enhanced Equity Trust | A | Dividend | J | T | | | | | |
| 22. Five Star Senior Living | A | Dividend | J | T | | | | | |
| 23. Quicksilver Resources 0403 | A | Dividend | J | T | | | | | |
| 24. Surburban Propane Partnership LP | A | Distribution | J | T | | | | | |
| 25. FHLMC CMO Series 3699 LA | B | Interest | K | T | | | | | |
| 26. Eaton Vance Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 27. FHLMC CMO Series 3772 NA | A | Interest | J | T | | | | | |
| 28. Aegon NV 8% Note | A | Interest | | | Sold | 05/15/18 | J | A | |
| 29. FNMA CMO Series 2012-120QA | A | Interest | J | T | | | | | |
| 30. FNMA CMO 2012-152 TA 0403 | A | Interest | | | Sold | 10/15/18 | J | A | |
| 31. Spyglass Res Corporation#0403 | A | Dividend | J | T | | | | | |
| 32. Eagle Class-JPMorgan Prime MM 0403 | A | Int./Div. | J | T | | | | | |
| 33. Oaktree Specialty Lending | A | Dividend | J | T | | | | | |
| 34. Blackstone Group LP | A | Distribution | K | T | Buy (add'l) | 07/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. GNMA Remic Trust 3.5% 2013-104 | B | Interest | J | T | | | | | |
| 36. Eagle Class-JPMorgan Prime Money Market | A | Dividend | J | T | | | | | |
| 37. Crestwood Equity Partners LP | A | Distribution | J | T | | | | | |
| 38. Fannie Mae 8.25% Pfd. #0403 | A | Int./Div. | J | T | | | | | |
| 39. KKR & Company LP | A | Distribution | | | Sold<br>(part) | 07/09/18 | J | B | |
| 40. | | | | | Sold | 10/11/18 | J | A | |
| 41. GNMA Remic Trust 2013-131 KQ 3.5% | A | Interest | J | T | | | | | |
| 42. Brookfield Real Assets Income Fund Inc. | A | Dividend | J | T | | | | | |
| 43. Blackrock Muni Income TR II | A | Int./Div. | J | T | | | | | |
| 44. HCP Inc. REIT | A | Dividend | J | T | | | | | |
| 45. Eagle Class-JPMorgan Prime MM #0436 | A | Dividend | J | T | | | | | |
| 46. Two HBRS Invt. Corporation REIT #0403 | A | Dividend | K | T | Buy<br>(add'l) | 10/18/18 | J | | |
| 47. Sandridge Permian Tr. Com. Unit Ben.<br>Int.#0403 | A | Distribution | J | T | | | | | |
| 48. Barings Global Short Duration #0403 | A | Dividend | K | T | | | | | |
| 49. Carlyle Group LP | A | Distribution | K | T | Buy<br>(add'l) | 10/04/18 | J | | |
| 50. Cohen & Steers Quality Rlty Fd | A | Dividend | J | T | | | | | |
| 51. Nexpoint Residential Tr. Inc. | A | Dividend | | | Sold<br>(part) | 08/02/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/15/18 | J | A | |
| 53. Carlyle Group LP #0403 | A | Dividend | | | Sold | 05/14/18 | J | A | |
| 54. FHLMC Remic Ser. 4419 PD 3% | A | Interest | J | T | | | | | |
| 55. Energy Transfer Partners #0403 | A | Distribution | | | Sold | 08/02/18 | J | A | |
| 56. FHLMC REMIC Series 4116 GA 2.5% | B | Interest | J | T | | | | | |
| 57. First TR High Income L/S Fd. | A | Dividend | | | Sold | 07/26/18 | J | A | |
| 58. Quality Care Properties Inc. REIT | A | Dividend | | | Sold | 07/26/18 | J | A | |
| 59. Spectra Energy Partners LP | A | Distribution | | | Sold | 01/08/18 | J | A | |
| 60. Metlife Inc. | A | Dividend | K | T | Sold (part) | 04/05/18 | J | A | |
| 61. | | | | | Buy | 05/17/18 | J | | |
| 62. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 63. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 64. Guggenheim Guggenheim Discount Opportunity Strategy Port. | A | Dividend | | | Sold | 12/26/18 | J | A | |
| 65. General Electric Company | A | Dividend | J | T | | | | | |
| 66. Abbott Labs | A | Dividend | | | Sold | 12/10/18 | J | C | |
| 67. Amplify Energy Corp | A | Dividend | J | T | | | | | |
| 68. Targa Res Corporation | A | Dividend | | | Sold | 01/16/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FELDMAN, MARTIN L.C. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 69. Plains All American Pptys Inc. | A | Distribution | | | Sold | 04/18/18 | J | A | |
| 70. Hi-Crush Partners LP | A | Distribution | | | Sold (part) | 07/23/18 | J | B | |
| 71. | | | | | Sold | 09/26/18 | J | B | |
| 72. Ares Cap Corporation | A | Dividend | K | T | Buy (add'l) | 05/17/18 | J | | |
| 73. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 74. | | | | | Sold (part) | 07/11/18 | J | A | |
| 75. Boulder Growth & Income Fd. | A | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 76. | | | | | Sold | 07/18/18 | J | A | |
| 77. | | | | | Buy | 10/23/18 | J | | |
| 78. | | | | | Sold | 12/18/18 | J | A | |
| 79. ALERIAN ETF Trust | A | Dividend | J | T | | | | | |
| 80. GNMA Remic 2017-130 AB | A | Interest | | | Sold | 01/03/18 | J | A | |
| 81. Mueller Wtr. Products Inc. Ser. A #0436 | A | Dividend | | | Sold | 02/01/18 | J | A | |
| 82. Cohen & Steers Total Return #0403 | A | Dividend | J | T | | | | | |
| 83. Guggenheim Guggenheim Disc. Opp.Strategy #0403 | A | Dividend | J | T | | | | | |
| 84. Guggenheim Total Income Port. #0403 | A | Dividend | J | T | | | | | |
| 85. Granite PT Mtg. Tr.#0403 and IRA | A | Dividend | | | Sold | 02/06/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Consolidatd Comm. Hldgs. Inc. #0403 | A | Dividend | J | T | | | | | |
| 87. Guggenheim Global Balanced Income Bldg Port.. | E | Dividend | J | T | Buy | 01/10/18 | K | | |
| 88. Univar Inc. | A | Dividend | | | Buy | 01/17/18 | J | | |
| 89. | | | | | Sold | 10/02/18 | J | A | |
| 90. HD Supply Holdings Inc | A | Dividend | | | Buy | 01/25/18 | J | | |
| 91. | | | | | Sold | 04/05/18 | J | A | |
| 92. Dominion Energy Inc. | A | Dividend | | | Buy | 02/26/18 | J | | |
| 93. | | | | | Sold | 10/23/18 | J | A | |
| 94. BGC Partners Inc. | A | Dividend | J | T | Buy | 04/09/18 | J | | |
| 95. Guggenheim MLP & Energy Fds. Port. | A | Dividend | K | T | Buy | 04/20/18 | K | | |
| 96. | | | | | Buy (add'l) | 06/11/18 | K | | |
| 97. | | | | | Buy (add'l) | 07/25/18 | K | | |
| 98. AT&T Inc. | A | Dividend | | | Buy | 06/15/18 | K | | |
| 99. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 100. | | | | | Sold (part) | 07/31/18 | K | A | |
| 101. | | | | | Sold | 08/15/18 | J | A | |
| 102. Merck & Co. | A | Dividend | K | T | Buy | 06/15/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Nuveen S&P 500 Buy-Write Inc. Fd. | A | Dividend | J | T | Buy | 06/15/18 | K | | |
| 104.  Guggenheim Dow Jones Value Div. Focus Portfolio | A | Dividend | K | T | Buy | 06/15/18 | K | | |
| 105. | | | | | Buy (add'l) | 06/20/18 | K | | |
| 106.  Putnam Premier Income Trust | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 107.  Laredo Petroleum Inc. | A | Dividend | J | T | Buy | 06/28/18 | J | | |
| 108.  First Trust Sabrient Dividend Portfolio Ser. 23 | A | Dividend | K | T | Buy | 06/29/18 | K | | |
| 109.  Invesco Divident Income Leaders Portfolio | A | Dividend | K | T | Buy | 06/29/18 | K | | |
| 110.  First Horizon Natl. Corp. | A | Dividend | | | Buy | 07/03/18 | J | | |
| 111. | | | | | Sold | 12/10/18 | J | A | |
| 112.  Eagle Growth and Income Opportunities Fd. | A | Dividend | K | T | Buy | 06/12/18 | K | | |
| 113.  Petiq Inc. Common Cl A | A | Dividend | | | Buy | 06/12/18 | J | | |
| 114. | | | | | Sold | 08/15/18 | K | D | |
| 115.  MPLX LP | A | Dividend | J | T | Buy | 07/31/18 | J | | |
| 116.  Granite PT Mtg Tr. Inc. | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 117.  ADT Inc. | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 118.  Starwood Property Trust | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 119.  Two Harbors Invest. Corp. New Reit | A | Dividend | | | Buy | 10/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/20/18 | J | A | |
| 121. Tortoise Pipeline & Energy #0403 | A | Dividend | J | T | Buy | 02/08/18 | J | | |
| 122. TPG Specialty Lending Inc. #0403 | A | Dividend | | | Buy | 05/25/18 | J | | |
| 123. | | | | | Sold | 12/20/18 | J | A | |
| 124. Starwood Property Trust #0403 | A | Distribution | K | T | Buy | 08/23/18 | J | | |
| 125. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 126. Ares Mgmt. LP #0403 | A | Dividend | | | Buy | 06/22/18 | J | | |
| 127. | | | | | Sold | 09/17/18 | J | A | |
| 128. Boulder Growth and Income Fund #0436 | A | Dividend | | | Buy (add'l) | 02/01/18 | J | | |
| 129. | | | | | Sold | 09/11/18 | J | A | |
| 130. Monroe Cap. Corp. | A | Dividend | K | T | Buy | 09/13/18 | J | | |
| 131. Orbcomm Inc. #0436 | A | Dividend | J | T | Buy | 09/13/18 | J | | |
| 132. Patterson Companies | A | Dividend | J | T | Buy | 01/18/18 | J | | |
| 133. Newmark Group Inc. Cl. A | A | Dividend | J | T | Spinoff (from line 94) | 12/03/18 | J | | |
| 134. Alerian MLP ETF IRA08/02/18 | A | Int./Div. | | | Buy | 08/02/18 | J | | |
| 135. | | | | | Sold | 10/11/18 | J | A | |
| 136. Boulder Growth and Income Fd. | A | Dividend | | | Buy | 10/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 11/12/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII.

Line 3 - Name updated from NexPoint Credit Strategies.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARTIN L.C. FELDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544